■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM SHAFFER, Appellant, v ARTHUR LEONARDO, as Superintendent of Great Meadow Correctional Facility, Respondent.—Appeal from a judgment of the Supreme Court (Berke, J.), entered April 18, 1991 in Washington County, which denied petitioner's application for a writ of habeas corpus, in a proceeding pursuant to CPLR article 70, without a hearing.

A writ of habeas corpus is not generally available to raise issues which were or could have been raised on direct appeal or by way of a CPL article 440 proceeding *(see, People ex rel. Christianson v Berry,* 165 AD2d 961, *lv denied* 77 NY2d 805). Given that this is the case here and insofar as the facts do not indicate any circumstances warranting departure from traditional, orderly procedure *(see, People ex rel. Avery v LeFevre,* 105 AD2d 1015), Supreme Court properly denied the application *(see also, People ex rel. Shaffer v Kuhlmann,* 173 AD2d 1034, *lv denied* 78 NY2d 856).

Mahoney, P. J., Casey, Levine, Mercure and Crew III, JJ., concur. Ordered that the judgment is affirmed, without costs.